UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED PARENT,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

Civil Action No.
07-CV-12111

HON. BERNARD A. FRIEDMAN

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

On March 28, 2008, Magistrate Judge Steven D. Pepe submitted an Amended Report and Recommendation ("Amended R&R") in which he recommends that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied. No objections have been filed, and the time to do so has expired. This Court has had an opportunity to fully review this matter and believes that Magistrate Judge Pepe has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Pepe's Amended R&R dated March 28, 2008, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [docket

1

entry 10] is denied.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [docket entry 15] is granted.

                                                                             s/Bernard A. Friedman_____
                                                                             BERNARD A. FRIEDMAN
                                                                             CHIEF UNITED STATES DISTRICT JUDGE

Dated: April 18, 2008_____
       Detroit, Michigan

I hereby certify that a copy of the foregoing document

was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins

Case Manager to Chief Judge Friedman